# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 10, 2014

## NO. 03-12-00728-CR

**The State of Texas, Appellant**

**v.**

**Adelfo Ramirez Cruz, Appellee**

## APPEAL FROM 167TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the order suppressing the State's evidence signed by the trial court on October 22, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.